**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ERIC ROGERS, | ) |
| | ) |
| Plaintiff, | )   Case No. 0:23-cv-61349-WPD |
| | ) |
| v. | |
| | |
| 1505 FEDERAL PLAZA LLC, et. al. | |
| | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF PARTIES**

Plaintiff, by and through the undersigned counsel, files this Notice of Entry of Parties, requesting addition of YOLIA, LLC. as parties to the matter, which were not added at the time of the filing of the initial Complaint as new evidence discovered by Plaintiff revealed that YOLIA, LLC. maintains an interest in the subject property, and it is an independent entity in relation to the originally listed Defendant(s). Plaintiff requests termination of 1505 FEDERAL PLAZA LLC. And MIAMI SUBS CAPITAL PARTNERS I, INC.from this case at this time.

Respectfully submitted this 12th day of September 2023.

Respectfully Submitted,

/s/ Alberto R. Leal

Alberto R. Leal, Esq., P.A.
Florida Bar No.: 1002345
8927 Hypoluxo Rd. #157
Lake Worth, FL 33467
Telephone: (954) 637-1868
E-mail: albertolealesq@gmail.com
Attorney for Plaintiff