UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-cv-61349-WPD

ERIC ROGERS,

    Plaintiff,

v.

1505 FEDERAL PLAZA LLC and
MIAMI SUBS CAPITAL PARTNERS I, INC.

    Defendants.
_____/

## ORDER OF DISMISSAL OF DEFENDANT 1505 FEDERAL PLAZA LLC; DENYING WITHOUT PREJUDICE NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MIAMI SUBS CAPITAL PARTNERS I, INC.; REQUIRING SECOND AMENDED COMPLAINT

THIS CAUSE is before the Court upon the Notice of Entry of Parties [DE 17] (the "Notice"). Therein, Plaintiff requests the addition of Yolia, LLC as a defendant in this matter and requests dismissal of Defendants 1505 Federal Plaza LLC and Miami Subs Capital Partners I, Inc. The Court construes Plaintiff's Notice as a Notice of Voluntary Dismissal.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment." Defendant Miami Subs Capital Partners I, Inc. filed an Answer to the Complaint. *See* [DE 16]. Accordingly, a stipulation of dismissal signed by Plaintiff *and* Defendant Miami Subs Capital Partners I, Inc. is required. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Notice [DE 17] is **APPROVED** as to Defendant 1505 Federal Plaza, LLC

only. Defendant 1505 Federal Plaza, LLC is **DISMISSED WITHOUT PREJUDICE**.

2. The Notice [DE 17] is **DENIED** as to Defendant Miami Subs Capital Partners I, Inc., without prejudice to being re-filed as a Joint Stipulation for Dismissal signed by all parties or another document indicating that Rule 41 is inapplicable to this case. The re-filed stipulation should be filed on or before **November 1, 2023**.

3. On or before **November 8, 2023**, Plaintiff shall file a Second Amended Complaint against the new Defendant, Yolia, LLC, which shall be promptly served upon Defendant Yolia, LLC.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record