UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61349-CIV-DIMITROULEAS

ERIC ROGERS,

    Plaintiff,

vs.

1505 FEDERAL PLAZA LLC and
MIAMI SUBS CAPITAL PARTNERS I, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Dismissal With Prejudice [DE 20] (the "Stipulation"), filed herein on October 27, 2023. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 20] is hereby **APPROVED**;

2. The claims against Defendant Miami Subs Capital Partners I, Inc. are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed; and

3. Plaintiff is reminded that he has until **November 8, 2023** to file a Second Amended Complaint against Defendant Yolia, LLC. *See* [DE 19]. Failure to do so shall result in the Court closing this action.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 30th day of October 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record